UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-2279-FMO | Date | December 6, 2023 |
|---|---|---|---|
| Title | In Re: Dena Marie Howard-Walton | | |

Present: The Honorable    **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution**

Counsel for appellant is ordered to show cause, in writing, by not later than **December 21, 2023**, why this case should not be dismissed for lack of prosecution for failure to:

☐    Pay the filing fee pursuant to 28 U.S.C. § 1930.

■    File the statement of issues pursuant to Fed. R. Bankr. P. 8010.

■    File the designation of record pursuant to Fed. R. Bankr. P. 8010.

☐    File a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8010, Fed. R. App. P. 10(b)(1) and 9th Cir. R. 10-3.

☐    File the transcript(s) pursuant to Fed. R. Bankr. P. 8010.

☐    Complete the record pursuant to Fed. R. Bankr. P. 8010.

☐    File an opening brief or request an extension of time to do so pursuant to Fed. R. Bankr. P. 8011 and 8018.

☐    Other: _____

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |