# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Dena Marie Howard-Walton | Case No. ED CV 23-2279 FMO |
| DENA MARIE HOWARD-WALTON, | |
| Appellant, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| U.S. BANK NATIONAL, | |
| Appellee. | |

On April 8, 2024, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution, following appellant Dena Marie Howard-Walton's failure to timely comply with Federal Rule of Bankruptcy Procedure 8009(b)(1). (See Dkt. 23, Court's Order of April 8, 2024).

Appellant was ordered to file a declaration under penalty of perjury establishing that she had complied with the Federal Rules of Bankruptcy Procedure no later than April 19, 2024. (See Dkt. 23, Court's Order of April 8, 2024).  As of the filing date of this Order, no response has been filed to the court's Order to Show Cause.  (See, generally, Dkt.).  Accordingly, IT IS ORDERED that the above-captioned appeal is **dismissed without prejudice**, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.  See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 26th day of April, 2024.

                                                                                       /s/
                                                              Fernando M. Olguin
                                                    United States District Judge