JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Dena Marie Howard-Walton | Case No. ED CV 23-2279 FMO |
| DENA MARIE HOWARD-WALTON, | |
| Appellant, | **JUDGMENT** |
| v. | |
| U.S. BANK NATIONAL, | |
| Appellee. | |

IT IS ADJUDGED that the above-captioned appeal is **dismissed without prejudice**.

Dated this 26th day of April, 2024.

/s/
Fernando M. Olguin
United States District Judge